

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                    Case Number:

CALVITA J. FREDERICK, LARRY W. SOWELL,
SAMANTHA SOWELL, by and through her Mother and
next best friend, and SIMONE A. SOWELL, by and through
her Mother and next best friend

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DLJ Mortgage Capital, Inc.
Select Portfolio Servicing, Inc.

**07CV7044**
**JUDGE MANNING**
**MAG. JUDGE VALDEZ**

| | |
|---|---|
| NAME (Type or print) <br> Michael J. Weik | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ | **FILED** <br> DEC 1 4 2007 <br> MICHAEL W. DOBBINS <br> CLERK, U.S. DISTRICT COURT |
| FIRM <br> Smith & Weik, LLC | |
| STREET ADDRESS <br> 19 S. LaSalle Street, Suite 601 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> ARDC # - 3125782 | TELEPHONE NUMBER <br> (312) 895-4560 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |