`UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CALVITA J. FREDERICK ET AL | ) | Circuit Court of |
| | ) | Cook County, Illinois |
| Plaintiffs, | ) | Case No. 07 L 12507 |
| | ) | |
| v. | ) | |
| | ) | |
| SELECT PORTFOLIO SERVICING INC., | ) | |
| DLJ MORTGAGE CAPITAL, and | ) | |
| PIERCE & ASSOCIATES, | ), | U.S. District Court No. |
| | ) | Honorable Judge Manning |
| Defendants. | ) | Magistrate Judge Valdez |

**UNOPPOSED MOTION TO ENLARGE TIME TO RESPOND TO COMPLAINT**

NOW COME the Defendants, SELECT PORTFOLIO SERVICING INC., ("SPS") and DLJ MORTGAGE CAPITAL ("DLJ"), by and through their attorneys, Michael J. Weik, Craig C. Smith and Smith & Weik LLC, and move this court to enlarge the time to answer or otherwise plead to Plaintiffs' complaint and, in support thereof state as follows:

1. SPS was recently served and retained counsel. DLJ has not been served but has also retained counsel.

2. On December 14, 2007, SPS and DLJ filed a Notice of Removal.

3. Plaintiffs' Complaint is twenty- six (26) pages long with fifty-three (53) pages of exhibits.

4. Counsel is currently reviewing Plaintiffs' allegations and exhibits and documents that may touch upon the issues presented.

5. SPS and DLJ require additional time to respond to Plaintiffs' Complaint.

6. SPS and DLR request until January 7, 2008 to respond to Plaintiffs' complaint.

7. The undersigned has spoken with Plaintiff and she has no objection to the request to enlarge time.

WHEREFORE, SPS and DLJ request an enlargement of time to respond to Plaintiffs' Complaint to January 7, 2008.

                RESPECTFULLY SUBMITTED,
                Select Portfolio Servicing, Inc.
                DLJ Mortgage Capital, Inc.


                By: s/Michael J. Weik
                One of Defendant's Attorneys

312-895-4560
Michael J. Weik ARDC # 3125782
Craig C. Smith   ARDC #6238126
Smith & Weik LLC
19 S. LaSalle Street, Suite 601
Chicago, IL 60603