`UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CALVITA J. FREDERICK ET AL | ) | Circuit Court of |
| | ) | Cook County, Illinois |
| Plaintiffs, | ) | Case No. 07 L 12507 |
| | ) | |
| v. | ) | |
| | ) | |
| SELECT PORTFOLIO SERVICING INC., | ) | |
| DLJ MORTGAGE CAPITAL, and | ) | |
| PIERCE & ASSOCIATES, | ), | U.S. District Court No. 07 C 7044 |
| | ) | Honorable Judge Manning |
| Defendants. | ) | Magistrate Judge Valdez |

**NOTICE OF MOTION**

TO:   Calvita Frederick
        4753 S. Dorchester Ave.
        Chicago, IL 60615

Please take notice that on December 20, 2007 at 11:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Manning in Room 2125 of the United States District Court for the Northern District of Illinois, Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL 60604, and shall present Defendants Unopposed Motion to Enlarge Time to Respond to Complaint.

                                                                        s/ Michael J. Weik
                                                                        One of the Defendants' Attorneys

Michael J. Weik, #3125782
Smith & Weik LLC.
19 S. LaSalle Street, Suite 601
Chicago, Illinois   60603
312-895-4560

PROOF OF SERVICE

   The undersigned certifies, deposes and says upon oath that the undersigned served the above Notice, together with true and accurate copies of the above stated instruments by electronic mail on December 17, 2007 with the agreement of Plaintiff.

                                                                        s/ Michael J. Weik
                                                                        One of the Defendants' Attorneys