UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CALVITA J. FREDERICK ET AL | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 07 C 7044 |
| | ) | |
| SELECT PORTFOLIO SERVICING INC., | ) | Honorable Judge Manning |
| DLJ MORTGAGE CAPITAL, and | ) | Honorable Mag. Judge Valdez |
| PIERCE & ASSOCIATES, | ) | |
| | ) | Circuit Court of |
| Defendants. | ) | Cook County, Illinois |
| | | Case No. 07 L 12507 |

## PLAINTIFFS' EXHIBIT B

# FAX

**To:** Glenda Gray
Company:
Fax: 7551020
Phone:

**From:** Miranda E. Byrd
Fax: 312.476.5167
Phone: 312.476.5166
E-mail: mbyrd@atty-pierce.com

---

**NOTES:**

Glenda:

Attached is a payoff letter good through 9/6/07. My client does intend to proceed with the hearing scheduled on 8/23/07. However, my client is also allowing your client until 9/6/07 to payoff the loan.

Should you have any questions, please do not hesitate to contact me.

Sincerely,

Miranda E. Byrd

*Reply due 8/16*

PLAINTIFF'S EXHIBIT B

Date and time of transmission: Tuesday, August 21, 2007 11:25:34 AM
Number of pages including this cover sheet: 04

Pierce & Associates, P.C.
Attorneys at Law
1 North Dearborn, Suite 1300
Chicago, Illinois 60602
(312) 346-9088
Fax (312) 551-2157

August 21, 2007

FREDERICK, CALVITA
4753 SOUTH DORCHESTER AVENUE
CHICAGO, IL 60615

Re: Our File No.: 0601049
    Loan No.: 0004686119-FNF
    Case No.: 06 CH 2321

Dear Sir or Madam:

This letter is being sent to you pursuant to your recent request for pay off figures good through 09/06/07. As of the date at the top of this letter, the amount necessary to pay your loan in full is $468,076.33. However, it is likely that the amount necessary to pay off the loan on 09/06/07 will be greater than this for a variety of reasons. These reasons may include such items as additional interest coming due, additional fees and costs being incurred in relationship to foreclosure or other litigation, or other charges allowed under the mortgage. Because of this and in an effort to assist you in paying off your loan, it is necessary to estimate certain amounts. Items are identified as estimated because services are ongoing and final billing is not yet received.

**We estimate that $469,299.37 will be due on 09/06/07.**

The attached breakdown indicates how that estimate was calculated.

Funds should be tendered as follows:

___ One check payable to SELECT PORTFOLIO SERVICING, INC., in the amount of $468,609.37.

X Two checks, one payable to SELECT PORTFOLIO SERVICING, INC. in the amount of $468,609.37 and one check to PIERCE & ASSOCIATES, P.C. in the amount of $690.00.

**Mortgagor's name and loan number must be noted on the check.**

Any request for Release of Mortgage must be made directly to SELECT PORTFOLIO SERVICING, INC. F/K/A, not this office.

The information provided in this letter will be valid through 5:00 PM on 09/06/07 and the amount may change if your payment is not received at the office of Pierce & Associates, P.C. by that date and time. Payment should be in the form of a CASHIER'S CHECK, CERTIFIED CHECK or MONEY ORDER. Real estate title company checks are also acceptable.

In order to be certain that you are sending the correct amount needed to payoff your mortgage, please call (312) 346-9088 and ask for REINSTATEMENT/PAYOFF DEPARTMENT 24 hours before you send payment to

verify all foreclosure costs and fees. You will need to call the mortgagee to verify the other figures in the payoff. If you do not verify these figures 24 hours in advance, you may send an incorrect amount and your mortgage may not be paid off.

Therefore, if you pay the amount shown in this letter without verifying funds first, an adjustment may be necessary after we receive your check, in which event we will inform you before depositing the check for collection.

Any overage of fees and costs will be refunded to you. Be sure to return this letter with your funds and complete the information at the bottom of this letter.

All figures are subject to clearance of funds and confirmation by the mortgage holder. Upon confirmation that the funds are sufficient to payoff the loan, we will return to court and dismiss our client s pending foreclosure action, if one has been filed.

The mortgage holder and our office reserve the right to request additional funds, before or subsequent to the payoff of the loan, to correct an error or omission in the figures made in good faith, whether mathematical, clerical, typographical, or otherwise. The payoff figures are also subject to change to reflect any transactions that may occur on or subsequent to the date of this letter.

If these instructions are not fully complied with, your check may be returned and foreclosure may proceed.

Pursuant to the Fair Debt Collection Practices Act, you are advised that this law firm is deemed to be a debt collector attempting to collect a debt. Any information obtained will be used for that purpose.

If you have previously received a discharge in a Chapter 7 bankruptcy, this is not and should not be construed as an attempt to collect the debt from your personally but only compliance with a request made by you or your agent.

Please contact the undersigned at 312-476-5471, if you have any questions or concerns.

Sincerely,

Pierce & Associates, P.C.

Any excess funds are to be mailed to

_____
Name

_____
Street Address

_____
City, State, Zip

PA #0601049

08/13/2007 11:58 FAX 8015946463          Select Portfolio Servici → MIERS                  ☒001

| 8/13/2007 | | 3270 Explorer | | | Page 1 of 1 |
|---|---|---|---|---|---|
| Printed By: tcm8s | | SELECT PORTFOLIO SERVICING INC – 277 | | | |
| Loan Number: 0004686119 | | Borrower Name: FREDERICK, CALVITA J | | | |

```
PAY# 0004686119    AS-OF 09/06/07   PAYOFF CALCULATION TOTALS 08/10/07  13:03:26
NAME CJ FREDERIC CONTACT NAME CALVITA J FREDERICK
----------------------------------------------------------------------------
PRINCIPAL BALANCE       340,593.39    ------------- RATE CHANGES -----------
INTEREST 09/06/07             .00       INT FROM     RATE        AMOUNT
PRO RATA MIP/PMI              .00       07/05/00    7.40400    131,915.98
ESCROW ADVANCE           86,602.67      05/05/06    7.42400      1,928.10
ESCROW BALANCE                .00       06/05/06    7.55900      1,962.85
SUSPENSE BALANCE              .00       07/05/06    7.68400      1,995.22
HUD BALANCE                   .00       08/05/06    7.89000      2,048.83
REPLACEMENT RESERVE           .00       09/05/06    7.97700      2,071.90
RESTRICTED ESCROW             .00       10/05/06    8.07700      2,098.51
TOTAL-FEES                 553.07       11/05/06    8.18200      2,126.62
ACCUM LATE CHARGES       2,505.36       12/05/06    8.14600      2,118.28
ACCUM NSF CHARGES             .00       01/05/07    8.15900      2,121.36
OTHER FEES DUE                .00       02/05/07    8.19600      2,131.21
PENALTY INTEREST        30,639.78       03/05/07    8.19200      2,130.21
FLAT/OTHER PENALTY FEE        .00       PARTIAL INTEREST        167,383.75
CR LIFE/ORIG FEE RBATE        .00       TOTAL TO PAYOFF         468,609.37
RECOVERABLE BALANCE      7,715.10    NUMBER OF COPIES: 1    PRESS PF1 TO PRINT
----------------------------------------------------------------------------
*ARMS* CROSSED AN UNAVAILABLE SCHEDULED INTEREST RATE
----------------------------------------------------------------------------
```