UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CALVITA J. FREDERICK ET AL | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 07 C 7044 |
| | ) | |
| SELECT PORTFOLIO SERVICING INC., | ) | Honorable Judge Manning |
| DLJ MORTGAGE CAPITAL, and | ) | Honorable Mag. Judge Valdez |
| PIERCE & ASSOCIATES, | ) | |
| | ) | Circuit Court of |
| Defendants. | ) | Cook County, Illinois |
| | | Case No. 07 L 12507 |

# PLAINTIFFS' EXHIBIT C

State of Illinois       }
                        } SS
County of C O O K       }

## AFFIDAVIT OF SCOTT R. DANTUMA

SCOTT R. DANTUMA, being first duly sworn on oath affirms and states as follows:

1. I am the owner of Investor Direct Funding, a sole proprietorship engaged in the business of financial consulting, with its principal place of business located at 2300 N. Barrington Rd. Suite 400, Hoffman Estates, Illinois 60195.

2. I came in contact with Calvita Frederick-Sowell through the regular course of my business as a financial consultant and she advised me of the foreclosure and pending sale of the property located at 4753 S. Dorchester Ave., Chicago, Illinois 60615.

3. I identified a group of investors willing to bid on the property on behalf of Ms Frederick-Sowell.

4. That the public auction was scheduled for May 10, 2007 at the office of the Judicial Sales Corporation at 10:30 AM.

5. On May 9, 2007 I requested Ms. Frederick-Sowell contact the law offices of Pierce and Associate to obtain information on the opening bid amount for the sale scheduled the following morning

6. On the morning of May 10, 2007 at approximately 8:30 AM I was in route to the office of the Judicial Sales Corporation for the purpose of bidding on the Dorchester Avenue property on behalf of the investor group and Ms. Frederick Sowell and to obtain other information.

PLAINTIFF'S EXHIBIT  C

7. I turned around when Ms. Frederick-Sowell advised me that the sale time had been changed from 10:30 AM to 2:00 PM.

8. In a subsequent conversation on May 10, 2007 Ms. Frederick Sowell advised that the sale had been postponed because of inconsistent bid instructions from the mortgage company and that the new sale date and time would be posted on the Pierce and Associates' website.

9. On or about May 12, I received a telephone call from Ms. Frederick-Sowell advising that she had received via regular US mail a Notice of Motion for Entry of Order Approving the Report of Sale and Distribution and for An Order of Possession.

10. Upon information and belief, the investor may no longer be interested in buying Ms Fredrick-Sowell's home.

_____
Scott R. Dantuma

Subscribed and Sworn to before me
This 2nd day of ~~June~~ July 2007
Notary Public _____

MICHELLE BROWN
MY COMMISSION EXPIRES
JUNE 6, 2011
NOTARY PUBLIC OFFICIAL SEAL STATE OF ILLINOIS