UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CALVITA J. FREDERICK ET AL | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 07 C 7044 |
| | ) | |
| SELECT PORTFOLIO SERVICING INC., | ) | Honorable Judge Manning |
| DLJ MORTGAGE CAPITAL, and | ) | Honorable Mag. Judge Valdez |
| PIERCE & ASSOCIATES, | ) | |
| | ) | Circuit Court of |
| Defendants. | ) | Cook County, Illinois |
| | | Case No. 07 L 12507 |

# **PLAINTIFFS' EXHIBIT D**

State of Illinois }
} SS
County of C O O K }

## AFFIDAVIT OF CALVITA J. FREDERICK

CALVITA J. FREDERICK, being first duly sworn on oath affirms and states that if I was called as a witness that I could competently testify to the following:

1. I reside at 4753 S. Dorchester Ave., Chicago, Illinois. I am also the owner of said property.

2. Said property is the subject matter of an action in foreclosure entitled <u>DLJ Mortgage Capital, Inc.</u> v. <u>Calvita Frederick et al</u>, Case Number 06 CH 2321, currently pend in the Circuit Court of Cook County, Illinois, County Department, Chancery Division. I am the named defendant in said action.

3. That a Judgment of Foreclosure and Sale was entered. The property was set for public auction. The sale was scheduled for May 10, 2007 at the office of the Judicial Sales Corporation at 10:30 AM.

4. For some time prior thereto I had been in communication with Scott Datuma, a person who was assisting me in efforts to retain ownership and possession of the above referenced real property.

PLAINTIFF'S EXHIBIT O

5. That Scott Datuma had identified an investor who was willing to bid on the real estate for the purpose of buying the property at the sale for me.

6. That at the request of Scott Datuma I began calling the Plaintiff's attorneys office Pierce and Associates on May 9, 2007 to obtain information on the opening bid.

7. I called Pierce and Associate approximately 4 times on May 9, 2007, each time identifying myself by name and giving the address of the property I was calling about. I was directed to Melissa Land and/or Christina Hernandez but sometimes spoke with other people at Pierce and Associates.

8. Each time I spoke with a person I was told that they (Pierce and Associates) had not yet received bid instructions from their client and I should call back.

9. On one occasion, I was placed in voice mail and left a message. Said message included the address of the property, my name, my cell phone number and the date and time of the sale.

10. On the morning of May 10, 2007 Scott Dantuma called me via cell phone and advised me that he was in route to the Judicial Sales Corporation for the sale of my house and asked me to call again for the opening bid amount.

11. I called Pierce and Associates and was told that the sale had been bumped to 2:00PM because they did not have clear bid instructions from their client.

12. I informed Scott Datuma of the change in time and he advised me that he would turn around and wait until later to go downtown.

13. Scott Datuma again called me at or about noon on May 10, 2007 and asked if I had obtained the opening bid amount, which I had not.

14. While I was talking to Scott Datuma a call came into my cell phone, which I did not answer, but allowed to go into my voice mail.

15. Once I retrieved the message, I heard that it was a call from Christina Hernandez of Pierce and Associates calling relative to the property located at 4753 S. Dorchester.

16. The caller then advised that the Sheriff's sale scheduled for that day was being postponed and that I should check their website for the new sale date and time.

17. The caller stated the website twice.

18. I called Scott Datuma and advised that the sale would not proceed that date and he indicated he would not go downtown that day.

19. I did not erase said message and I have transcribed said message. Said message is still available for listening on my cell's voice mail. (A copy of said transcript is attached hereto, incorporated herein and made a part hereof as Exhibit "A".)

20. On or about May 12, I received via regular US mail a Notice of Motion for Entry of Order Approving the Report of Sale and Distribution and for An Order of Possession.

21. I called the Judicial Sales Corporation and was advised that the sale had taken place at 2:00 PM on the 10th of May 2007.

22. The person I spoke with at the Judicial Sales Corporation identified herself as
_____.

23. Upon information and belief, the investor may not be interested in buying my house at this time.

Calvita J. Frederick-Sowell

Subscribed and Sworn to before me this _____ day of June, 2007

NOTARY PUBLIC

SABORAH WALKER
MY COMMISSION EXPIRES
JUNE 6, 2011

Message received 11:55 AM

Hi, this is *Christine Hernandez* calling from Pierce and Associates. I'm returning your call in regards to the property at 4753 South Dorchester South Dorchester. UM This is scheduled for foreclosure sale today I *believe* ...and um it is my understanding is the sale is going to be continued due to some related issues that were raised regarding our clients bidding instructions. I don't have a new sale date yet, however I *can* provide you with our website. Its Sales Midwest ___?___ Pierce and Associates.

If you are looking for starting bid information or sale dates the website address is http, colon two back slashes service. dot atty hyphen Pierce dot.com.

Once again any sales bid information or any Pierce and Associates properties going up for foreclosure sale ... http colon two back slashes service. dot atty hyphen. Pierce dot.com.

Thank you

End of message