UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CALVITA J. FREDERICK ET AL | ) | |
| Plaintiffs, | ) | |
| v. | ) | 07 C 7044 |
| SELECT PORTFOLIO SERVICING INC., | ) | Honorable Judge Manning |
| DLJ MORTGAGE CAPITAL, and | ) | Honorable Mag. Judge Valdez |
| PIERCE & ASSOCIATES, | ) | |
| | ) | Circuit Court of |
| Defendants. | ) | Cook County, Illinois |
| | | Case No. 07 L 12507 |

# **PLAINTIFFS' EXHIBIT E**

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - CHANCERY DIVISION

DLJ MORTGAGE CAPITAL, INC.

    Plaintiff,

-v.-

CALVITA FREDERICK A/K/A CALVITA
FREDERICK-SOWELL, et al

    Defendant

Case No.: 06 CH 2321

JUDGE SIMKO

## NOTICE OF MOTION

To:
- CHICAGO TITLE LAND TRUST CO SUCCESSOR TRUSTEE TO AMERICA NTL BANK & TRUST CO. OF CHICAGO, AS TRUSTEE UTA #119056-01 DTD % - 208 S. LASALLE STREET 814, Chicago, IL, 60604
- UNKNOWN BENEFICIARIES OF CHICAGO TITLE LAND TRUST CO SUCCESSOR TRUSTEE TO AMERICAN NTL BANK & TRUST CO OF CHICAGO - 4753 SOUTH DORCHESTER AVENUE, Chicago, IL, 60615
- UNITED STATES OF AMERICA C/O U.S. ATTY'S OFFICE - 219 SOUTH DEARBORN STREET, Chicago, IL, 60604
- LAW OFFICES OF GLENDA J. GRAY ATTORNEY FOR DEFENDANT - 330 N. WABASH STE 2618, Chicago, IL, 60611

On June 4, 2007 at 9:30 AM, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge SIMKO or any judge sitting in his/her stead in courtroom 2803, or the courtroom usually occupied by him/her, in the Daley Center located at 50 W. Washington, CHICAGO, IL 60602, and shall then and there move the Court for the entry of an Order Approving the Report of Sale and Distribution and for an Order of Possession that will allow the Sheriff to evict.

PIERCE & ASSOCIATES
One North Dearborn Street Suite 1300
CHICAGO, IL 60602 (312) 476-5500
Attorney File No.: PA0601049
AttorneyCode: 91220

## PROOF OF SERVICE BY MAIL

The undersigned, a non-attorney, on oath, states:
I served this notice by mailing a copy to the above-named persons at the above-listed addresses and depositing the same in the U.S. Mail at One South Wacker Drive, 24th Floor, Chicago, IL 60606-4650, at 5:00 p.m. on _____5-10-07_____, with proper postage prepaid.

Case Number: 06 CH 2321



PLAINTIFF'S EXHIBIT

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - CHANCERY DIVISION

| | |
|---|---|
| DLJ MORTGAGE CAPITAL, INC.<br><br>Plaintiff,<br><br>-v.-<br><br>CALVITA FREDERICK A/K/A CALVITA FREDERICK-SOWELL, et al<br><br>Defendant | 06 CH 2321<br><br>JUDGE SIMKO |

### REPORT OF SALE AND DISTRIBUTION

I, the undersigned, an authorized signatory for The Judicial Sales Corporation, selling officer appointed in the matter captioned above, do hereby report that:

That pursuant to a Judgment of Foreclosure and Sale entered herein, the plaintiff advertised the following described real estate to be sold at public auction to the highest bidder for cash on May 10, 2007, at office of The Judicial Sales Corporation, One South Wacker Drive - 24th Floor, CHICAGO, IL, 60606, as set forth in the certificate of publication attached hereto and made a part hereof;

That an agent of The Judicial Sales Corporation first offered said real estate for sale separately, and then in combination less than the whole, and having received no bid therefor, an agent of The Judicial Sales Corporation thereupon offered the entire real estate and premises hereinafter described en masse to the highest bidder on the terms specified in said advertisement;

That DLJ MORTGAGE CAPITAL, INC. (the plaintiff herein) offered and bid therefor the sum of FIVE HUNDRED NINETY-EIGHT THOUSAND THREE HUNDRED FIFTY-SIX AND 74/100 ($598,356.74) and that being the highest and best bid, an agent of The Judicial Sales Corporation accordingly struck off and sold to said bidder the following described real estate:

THE SOUTH 1/2 OF LOT 6 AND ALL OF LOT 7 IN KENWOOD GATEWAY, BEING A RESUBDIVISION IN THE EAST 1/2 OF THE NORTHEAST 1/4 OF SECTION 11, TOWNSHIP 38 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

Commonly known as 4753 SOUTH DORCHESTER AVENUE, Chicago, IL 60615

Property Index No. 20-11-206-078-0000.

I, the undersigned, an authorized signatory for The Judicial Sales Corporation, selling officer appointed in the matter captioned above, do hereby further report:

That The Judicial Sales Corporation has executed and delivered to said bidder its Receipt(s) of Sale, copies of which are attached hereto, along with a copy of the Certificate of Sale (if any) delivered to said bidder.

That upon confirmation of this sale, The Judicial Sales Corporation will execute and deliver a Deed to said bidder in accordance with said judgment and law.

Report of Sale and Distribution

That the proceeds of said sale will, upon confirmation of the sale, be disbursed as follows:

To the plaintiff:

1. The amount due under judgment     $568,377.30

2. Interest thereon (excluding attorney's fees) from date of judgment (02/06/2007) to date of sale (05/10/2007) at 9% per annum     $12,987.42

3. Publication costs     $ 380.00

4. Post judgment advances
   - appraisal     $ 85.00
   - taxes     $13,073.96
   - hazard insurance     $2,606.00
   - escrow     $3,886.20
   - Total Advances     $19,651.16

Subtotal     $601,395.88
Credits     ($3,339.14)

Subtotal     $598,056.74
To the Selling Officer, as commission     $ 300.00

Total Amount Due     $598,356.74
Total Proceeds of Sale     $598,356.74
Surplus or (Deficiency)     $ 0.00

Date: May 10, 2007

Attorney File No.: PA0601049

Respectfully submitted,
The Judicial Sales Corporation
By: _Wendy Mou_ (signature)

THE JUDICIAL SALES CORPORATION One South Wacker Drive, 24th Floor • Chicago, IL 60606-4650 (312) 236-SALE