UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CALVITA J. FREDERICK ET AL | ) | |
| Plaintiffs, | ) | |
| v. | ) | 07 C 7044 |
| SELECT PORTFOLIO SERVICING INC., | ) | Honorable Judge Manning |
| DLJ MORTGAGE CAPITAL, and | ) | Honorable Mag. Judge Valdez |
| PIERCE & ASSOCIATES, | ) | |
| Defendants. | ) | Circuit Court of Cook County, Illinois Case No. 07 L 12507 |

# PLAINTIFFS' EXHIBIT F