UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CALVITA J. FREDERICK ET AL | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 07 C 7044 |
| | ) | |
| SELECT PORTFOLIO SERVICING INC., | ) | Honorable Judge Manning |
| DLJ MORTGAGE CAPITAL, and | ) | Honorable Mag. Judge Valdez |
| PIERCE & ASSOCIATES, | ) | |
| | ) | Circuit Court of |
| Defendants. | ) | Cook County, Illinois |
| | | Case No. 07 L 12507 |

# **PLAINTIFFS' EXHIBIT UNKNOWN**



LAW OFFICES OF

# Glenda J. Gray
ATTORNEY AT LAW

ONE IBM PLAZA
330 NORTH WABASH AVENUE
SUITE 2618
CHICAGO, ILLINOIS 60611

TEL: (312) 755-1010
FAX: (312) 755-1020

**VIA FACSIMILE: (801) 270-7713**

August 2, 2005

Select Portfolio Servicing
P.O. Box 551170
Jacksonville, FL 32255-1170

Re:  Mortgagor: Calvita Frederick
     Loan No.: 0004686119
     Property Address: 4753 S. Dorchester, Chicago, Illinois

To Whom It May Concern:

Please find undercover a new submittal of the short sale package for the above referenced mortgagor.

This package was previously submitted but denied upon the conclusion that the pay-off was less than the purchase price. I have included the letter denying the short sale along with the current pay-off for the property that is good through August 5, 2005.

Include with the package is the appraisal done by the buyer's mortgage company. I am hoping that this will expedite the process of approval.

Due to the number of pages, I will be faxing this package in two parts.

Please advise our office as soon as possible as the buyer is still looking forward to purchasing this property.

If you have any questions, please do not hesitate to give this office a call at the above number.

Respectfully yours,

GLENDA J. GRAY, Attorney
Michelle Brown

/mb
Enc.

PLAINTIFF's Exhibit

**SPS** SELECT Portfolio SERVICING, inc.    Page 1 of 1

P.O. Box 65250, Salt Lake City, UT 84165-0250

| Customer Service | 1-800-258-8602 |
|---|---|
| Monday - Friday | 7:00AM - 8:00PM ET |
| Saturday | 8:00AM - 12:00PM ET |

For other important contact information see the reverse side

#BWNJXZF    2692
Calvita J Frederick
4753 S Dorchester Ave
Chicago IL 60615-2022

## LOAN INFORMATION

**Property Address:** 4753 S DORCHESTER AVE
CHICAGO IL 60615

**Loan Number:** 0004686119    **Current Interest Rate:** 8.159%

| YTD Interest Paid | YTD Taxes Paid | YTD Principal Paid |
|---|---|---|
| $.00 | $13,073.96 | $.00 |

| Current Principal Balance[1] | Taxes & Insurance |
|---|---|
| $340,593.39 | $87,736.81 |

If you have any questions regarding your loan or this statement, please call 1-800-258-8602.

You can access your automated loan information 24 hours a day or make a payment online by visiting our web site at www.spservicing.com or by calling the Customer Service number shown above.

## MONTHLY MORTGAGE STATEMENT

**Statement Date:** 10/22/07

**Loan Due Date:**[2] 08/05/00

| Principal & Interest: | $2,125.19 |
|---|---|
| Taxes & Insurance: | $522.34 |
| Regular Monthly Payment: | $2,647.53 |
| Past Due Payments: | $241,389.48 |

| A) This Month's Payment: | $244,037.01 |
|---|---|
| Payment Due Date: | 11/05/07 |

| | New This Period | Balance |
|---|---|---|
| Expenses Pd by Servicer[3] | $85.00 | $8,753.10 |
| Late Charges | $.00 | $2,505.36 |
| Other Fees | $.00 | $608.32 |

| B) Total Additional Amounts Owed | $11,866.78 |
|---|---|
| C) Total Amount Due | $255,903.79 |

(A plus B = C)

## ACTIVITY FROM 09/20/07 thru 10/22/07

| Date | Description | Prin Bal | Interest | Taxes & Insurance | Late Charges | Other Fees | Expenses Pd by Servicer | Total |
|---|---|---|---|---|---|---|---|---|
| 09/20 | BEG BALANCE | $340,593.39 | $167,272.82 | $87,756.24 | $2,505.36 | $608.32 | $8,668.10 | $607,404.23 |
| 10/03 | LIABILITY INS | 0.00 | 0.00 | 9.57 | 0.00 | 0.00 | 0.00 | 9.57 |
| 10/08 | PROP VALUATION[4] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 85.00 | 85.00 |
| 10/15 | HAZ PREM REFUND | 0.00 | 0.00 | (29.00) | 0.00 | 0.00 | 0.00 | (29.00) |
| 10/22 | ENDING BALANCE | $340,593.39 | $167,272.82 | $87,736.81 | $2,505.36 | $608.32 | $8,753.10 | $607,469.80 |

## IMPORTANT MESSAGES

[1]This amount is not a payoff quote. If you want a payoff quote, please see instructions on reverse side.

Any payments received after the Statement Date noted above will be reflected on your next statement.

[2]Loan Due Date: If this date is different from your Payment Due Date, it means that you are past due and owe payments from previous months.

You are hereby notified that this statement is an attempt to collect a debt. All information obtained will be used for that purpose.

[3]If there is a balance under Expenses Paid By Servicer, it means that we have paid certain expenses on your behalf due to the delinquent status of your account. You are responsible to reimburse us for these amounts plus interest, which may be billed at the note rate.

Your account is now past due. There are a number of options available to assist customers who are experiencing difficulty with their payments. Please contact us immediately to discuss these options, arrange a reinstatement or address any questions regarding this statement at 1-888-818-6032.

[4]Due to the delinquent status of your loan, a property inspection and/or valuation report was ordered and you are responsible to reimburse us for the amounts plus interest, which may be billed at the note rate.

PLAINTIFF'S EXHIBIT ____

PLEASE DETACH AT PERFORATION AND RETURN THIS COUPON WITH PAYMENT