1445-11

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| CALVITA J. FEDERICK, et al., | ) | |
| Plaintiff, | ) | No. 07 C 7044 |
| | ) | |
| v. | ) | Honorable Judge Manning |
| | ) | Honorable Mag. Judge Valdez |
| SELECT PORTFOLIO SERVICING, INC. | ) | |
| DLJ MORTGAGE CAPITAL, and | ) | Circuit Court of Cook County, Illinois |
| PIERCE & ASSOCIATES, | ) | Case No. 07 L 12507 |
| Defendants. | ) | |

**NOTICE OF FILING**

TO:    See Attached Service List

     Please take notice that on February 6, 2008, I shall file with the Clerk of the United States District Court for the Northern District of Illinois, Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL 60604, the attached APPEARANCE.

                                              /s/ Jonathan D. Nusgart
                                              Attorney for Defendant,
                                              Pierce & Associates

James V. Noonan #6200366
Mitchell A. Lieberman #6193234
Jonathan D. Nusgart #6122908
Katherine M. Donat #6289386
Noonan & Lieberman, Ltd.
105 W. Adams, Suite 3000
Chicago, Illinois 60603
312-431-1455

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that true and correct copies of the foregoing Notice of Motion was served by electronic filing with the clerk of the Court (ECF) on the following parties or their attorneys:

     Calvita J. Sowell
     Attorney at Law
     4753 S. Dorchester Avenue
     Chicago, IL  60615

Craig C. Smith
Smith & Weik, LLC
19 S. LaSalle St., Suite 601
Chicago, IL  60603

Michael J. Weik
Smith & Weik, LLC
19 S. LaSalle St., Suite 601
Chicago, IL  60603

Diana Athanasopoulos
Pierce & Associates, P.C.
One North Dearborn, Suite 1300
Chicago, IL  60602

On February 6, 2008

                                  Respectfully submitted,

                                   /s/Jonathan D. Nusgart

James V. Noonan #6200366
Mitchell A. Lieberman #6193234
Jonathan D. Nusgart #6122908
Katherine M. Donat #6289386
Noonan & Lieberman, Ltd.
105 W. Adams, Suite 3000
Chicago, Illinois 60603
312-431-1455