1445-11

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| CALVITA J. FEDERICK, et al., | ) | |
| Plaintiff, | ) | No. 07 C 7044 |
| | ) | |
| v. | ) | Honorable Judge Manning |
| | ) | Honorable Mag. Judge Valdez |
| SELECT PORTFOLIO SERVICING, INC. | ) | |
| DLJ MORTGAGE CAPITAL, and | ) | Circuit Court of Cook County, Illinois |
| PIERCE & ASSOCIATES, | ) | Case No. 07 L 12507 |
| Defendants. | ) | |

**MOTION FOR AN ENLARGEMENT OF TIME TO ANSWER OR PLEAD**

Defendant, PIERCE & ASSOCIATES, by and through their attorneys, James V. Noonan, Mitchell A. Lieberman, Jonathan D. Nusgart, Katherine M. Donat and Noonan & Lieberman, Ltd., hereby moves this court for an enlargement of time in which to answer or otherwise plead. In support hereof, Defendant states as follows.

1. Counsel was recently retained to defend Defendant, Pierce & Associates in this matter.

2. Counsel has ordered the underlying foreclosure action file to review the documents necessary to respond to the complaint but has not done so yet.

3. No parties will be prejudiced by the granting of this Motion.

WHEREFORE, Defendant, PIERCE & ASSOCIATES, respectfully asks this court for an enlargement of time, up to and including February 27, 2008, in which to file their answer or otherwise plead.

/s/ James V. Noonan
Attorney for Defendant, Pierce & Associates

James V. Noonan #6200366
Mitchell A. Lieberman #6193234
Jonathan D. Nusgart #6122908
Katherine M. Donat #6289386
Noonan & Lieberman, Ltd.
105 W. Adams, Suite 3000
Chicago, Illinois 60603
312-431-1455