UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CALVITA J. FREDERICK ET AL | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 07 C 7044 |
| | ) | |
| SELECT PORTFOLIO SERVICING INC., | ) | Honorable Judge Manning |
| DLJ MORTGAGE CAPITAL, and | ) | Honorable Mag. Judge Valdez |
| PIERCE & ASSOCIATES, | ) | |
| | ) | Circuit Court of |
| Defendants. | ) | Cook County, Illinois |
| | | Case No. 07 L 12507 |

## MOTION TO EXTEND TIME TO COMPLETE INITIAL STATUS REPORT AND OTHER RELIEF.

Defendants DLJ Mortgage Capital Inc. ("DLJ") and Select Portfolio Servicing Inc. ("SPS"), through their attorneys, move this court for relief as follows:

1. Plaintiff has brought a multi-count complaint seeking relief for violations of the Fair Housing Act, Civil Rights Act of 1866 and various state common law claims.

2. On January 25, 2008, Judge Manning assigned this matter to Magistrate Judge Valdez to conduct a settlement conference and supervise discovery.

3. Besides the instant matter, Plaintiff has also filed a voluntary Chapter 13 Petition pursuant to the United States Bankruptcy Code. Plaintiff's bankruptcy proceeding is currently pending as *In the Matter of: Calvita J. Frederick, 07 B 21545*.

4. Plaintiff's bankruptcy counsel has informed Defendants that she believes that pursuing this action at this time without first seeking relief from the Bankruptcy Court may constitute a violation of the automatic stay.

5. DLJ and SPS believe it would be judicious if the time to file an initial status report were extended until such time as they are able to present the issue to and obtain relief from the Bankruptcy Court.   Currently, DLJ and SPS are preparing such a motion to be filed.

6. Counsel has also spoken with Plaintiff and understands that she agrees to extend the time to file any status report but does not agree that the stay should be lifted.

7. In addition, on February 6, 2008 Defendant Pierce & Associates ("Pierce") appeared through counsel and have filed a motion before Judge Manning requesting time to prepare a response.   It would be in the interests of all parties if Pierce were a party to any status report.

8. Counsel for DLJ and SPS and Pierce have spoken and agree that that the time to provide any status report or otherwise proceed be extended.

9. DLJ and SPS request that this matter including the time to prepare and file any report of status be continued for further status and setting to early March.

Wherefore, DLJ and SPS respectfully request that the court continue this matter

until early March 2008 for further status and setting.

                              RESPECTFULLY SUBMITTED,


                              _s/Michael J.Weik_____
                              One of the Attorneys for DLJ and SPS

Michael J. Weik #3125782
Craig C. Smith #6238126
Smith & Weik LLC
19 S. LaSalle Suite 601
Chicago, Illinois, 60603
312-443-9540