UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CALVITA J. FREDERICK ET AL | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 07 C 7044 |
| | ) | |
| SELECT PORTFOLIO SERVICING INC., | ) | Honorable Judge Manning |
| DLJ MORTGAGE CAPITAL, and | ) | Honorable Mag. Judge Valdez |
| PIERCE & ASSOCIATES, | ) | |
| | ) | Circuit Court of |
| Defendants. | ) | Cook County, Illinois |
| | | Case No. 07 L 12507 |

**NOTICE OF MOTION**

TO:   Calvita Frederick           James V. Noonan
      4753 South Dorchester Avenue   Mitchell A. Lieberman
      Chicago, Illinois 60615      105 W. Adams, Suite 3000
                                   Chicago, IL 60603

Please take notice that on February 13, 2008 at 9:45 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Valdez in Room 1300 of the United States District Court for the Northern District of Illinois, Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL 60604, and shall present the enclosed Motion to Extend Time to Complete Initial Status Report and Other Relief.

s/ Michael J. Weik
One of the Attorneys
For DLJ and SPS

Michael J. Weik, #3125782
Smith Weik & Wutscher, Ltd.
19 S. LaSalle Street, Suite 601
Chicago, Illinois 60603
312-895-4560

PROOF OF SERVICE

The undersigned certifies, deposes and says upon oath that on February 8, 2008 the undersigned served the above Notice, together with true and accurate copies of the above stated instruments upon the above named parties by electronic mail to Ms. Frederick and by the electronic filing system for the Northern District Court to counsel.

s/ Michael J. Weik