**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Calvita J. Frederick, et al.
                          Plaintiff,

v.                                                     Case No.: 1:07−cv−07044
                                                      Honorable Blanche M. Manning

Select Portfolio Servicing Inc., et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 12, 2008:

      MINUTE entry before Judge Blanche M. Manning : This case having been referred in part, for ruling on all nondispositive pretrial motions, defendant's motion for an enlargement of time to answer or otherwise plead should be re−noticed before Magistrate Judge Valdez.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.