**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Calvita J. Frederick, et al.
                    Plaintiff,

v.                                     Case No.: 1:07−cv−07044
                                      Honorable Blanche M. Manning

Select Portfolio Servicing Inc., et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 13, 2008:

      MINUTE entry before Judge Maria Valdez : Magistrate Judge Status and motion hearing held on 2/13/2008. Defendants' motions to extend time to answer or otherwise plead [23] and to extend time to complete the status report and other relief [25] are granted. Initial status hearing is set for 3/12/2008 at 09:30 a.m. in light of bankruptcy proceeding. Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.