## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
## Eastern Division

Calvita J. Frederick, et al.
                            Plaintiff,

v.                                             Case No.: 1:07−cv−07044
                                                                Honorable Blanche M. Manning

Select Portfolio Servicing Inc., et al.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 29, 2008:

      MINUTE entry before Judge Blanche M. Manning : The defendants have filed a motion under Federal Rule of Civil Procedure 12(f) to strike certain exhibits attached to the plaintiff's complaint [10−1]. However, the motion was not noticed for presentment as required under Local Rule 5.3(b). Accordingly, the motion is stricken. See Local Rule 78.2. Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.