UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CALVITA J. FREDERICK ET AL | ) | |
| | ) | 07 C 7044 |
| Plaintiffs, | ) | Honorable Judge Manning |
| | ) | Honorable Mag. Judge Valdez |
| v. | ) | |
| | ) | |
| SELECT PORTFOLIO SERVICING INC., | ) | |
| | ) | Circuit Court of |
| Defendants. | ) | Cook County, Illinois |
| | | Case No. 07 L 12507 |

**STATEMENT RE: BANKRUPTCY COURT'S
<u>MARCH 19, 2008 ORDERS.</u>**

Pursuant to the Court's March 12, 2008 order directing the Parties to file an agreed brief statement regarding the Bankruptcy Court's March 19, 2008 orders, the Defendants state as follows:

1. On March 19, 2008, the Bankruptcy Court entered orders modifying the automatic stay to allow defendants, Select Portfolio Servicing, Inc., DLJ Mortgage Capital, Inc. and Pierce & Associates to litigate and defend the action currently pending before this court.

2. As of 2:00 p.m., March 21, 2008, Counsel had not heard from Plaintiffs regarding their agreement with the foregoing statement. Accordingly, this statement is offered solely by the Defendants.

             RESPECTFULLY SUBMITTED,

DEFENDANT PIERCE & ASSOCIATES

BY: s/Mitchell A. Lieberman
   One of its Attorneys

1

DEFENDANT DLJ MORTGAGE CAPITAL INC.


BY:      s/Michael J. Weik
         One of its Attorneys


DEFENDANT SELECT PORTFOLIO SERVICING INC.


BY:      s/Michael J. Weik
         One of its Attorneys


Michael J. Weik #3125782
Craig C. Smith #6238126
Smith & Weik LLC
19 S. LaSalle Suite 601
Chicago, Illinois, 60603
312-443-9540