UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CALVITA J. FREDERICK ET AL | ) | |
| | ) | 07 C 7044 |
| Plaintiffs, | ) | Honorable Judge Manning |
| | ) | Honorable Mag. Judge Valdez |
| v. | ) | |
| | ) | |
| SELECT PORTFOLIO SERVICING INC., | ) | |
| | ) | Circuit Court of |
| Defendants. | ) | Cook County, Illinois |
| | | Case No. 07 L 12507 |

**REPORT OF SCHEDULING CONFERENCE BETWEEN PARTIES AND PROPOSED INITIAL SCHEDULING DATES.**

In anticipation of the April 17, 2008 status date, the parties conferred for purposes of discussing scheduling. Based on that conference, the parties propose certain scheduling dates as follows:

1. Plaintiff Calvita Frederick will have until April 28, 2008 to secure reinstatement to the Master Roll of Attorneys for Illinois so that she can represent plaintiffs other than herself.

2. Defendant Pierce & Associates shall have until May 28, 2008 to answer or Otherwise plead to Plaintiffs' Complaint.

3. The parties will have until May 28, 2008 to exchange Rule 26 (a) (1) disclosures.

4. The court set a status date the first week of June for purposes of setting a written discovery schedule once the parties have exchanged Rule 26 (a) (1) disclosures. The parties believe that it would be most appropriate to proceed with discovery in phases.

5.      Counsel for Defendants DLJ Mortgage Capital Inc. and Select Portfolio Servicing LLC spoke with counsel for Pierce & Associates and Plaintiff Calvita Frederick and obtained their authorization to include their "electronic signatures"

RESPECTFULLY SUBMITTED,

PLAINTIFF CALVITA FREDERICK          DEFENDANT PIERCE & ASSOCIATES

BY_s/Calvita Frederick_____          BY: s/James V. Noonan_____
                                                                              One of its Attorneys


DEFENDANT DLJ MORTGAGE CAPITAL INC.

BY:s/Michael J. Weik_____
        One of its Attorneys


DEFENDANT SELECT PORTFOLIO SERVICING INC.

BY:s/Michael J. Weik_____
        One of its Attorneys


Michael J. Weik #3125782
Craig C. Smith #6238126
Smith & Weik LLC
19 S. LaSalle Suite 601
Chicago, Illinois, 60603
312-443-9540