## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Calvita J. Frederick, et al.

                                        Plaintiff,

v.                                              Case No.: 1:07–cv–07044
                                                Honorable Blanche M. Manning

Select Portfolio Servicing Inc., et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 16, 2008:

        MINUTE entry before Judge Honorable Maria Valdez: Status hearing set for
4/17/08 is hereby stricken and reset for 6/19/2008 at 09:30 a.m. Court adopts the
scheduling dates greed by parties as follows: Plaintiff will have until 4/28/08 to secure
reinstatement to the Master Roll of Attorneys for Illinois so that she can represent
plaintiffs other than herself. Defendant shall have until 5/28/08 to answer or otherwise
plead to plaintiff's complaint. The parties will have until 5/28/08 to exchange Rule
26(a)(1) disclosures. Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.