1445-11

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| CALVITA J. FEDERICK, et al., | ) | |
| Plaintiff, | ) | No. 07 C 7044 |
| | ) | |
| v. | ) | Honorable Judge Manning |
| | ) | Honorable Mag. Judge Valdez |
| SELECT PORTFOLIO SERVICING, INC. | ) | |
| DLJ MORTGAGE CAPITAL, and | ) | Circuit Court of Cook County, Illinois |
| PIERCE & ASSOCIATES, | ) | Case No. 07 L 12507 |
| Defendants. | ) | |

## NOTICE OF FILING

TO:   See Attached Service List

Please take notice that on April 17, 2008, I shall file with the Clerk of the United States District Court for the Northern District of Illinois, Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL 60604, the attached APPEARANCE.

/s/ Ruth B. Sosniak
Attorney for Defendant,
Pierce & Associates

James V. Noonan #6200366
Mitchell A. Lieberman #6193234
Jonathan D. Nusgart #6122908
Katherine M. Donat #6289386
Ruth B. Sosniak #6204497
Noonan & Lieberman, Ltd.
105 W. Adams, Suite 3000
Chicago, Illinois 60603
312-431-1455

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the foregoing Notice of Motion was served by electronic filing with the clerk of the Court (ECF) on the following parties or their attorneys:

Craig C. Smith
Smith & Weik, LLC
19 S. LaSalle St., Suite 601
Chicago, IL  60603

>Michael J. Weik
>Smith & Weik, LLC
>19 S. LaSalle St., Suite 601
>Chicago, IL  60603
>
>Diana Athanasopoulos
>Pierce & Associates, P.C.
>One North Dearborn, Suite 1300
>Chicago, IL  60602

And by U.S. Mail on:

>Calvita J. Sowell
>4753 S. Dorchester Avenue
>Chicago, IL  60615

On February 6, 2008

                                      Respectfully submitted,

                                       /s/ Ruth B. Sosniak

James V. Noonan #6200366
Mitchell A. Lieberman #6193234
Jonathan D. Nusgart #6122908
Katherine M. Donat #6289386
Ruth B. Sosniak # 6204497
Noonan & Lieberman, Ltd.
105 W. Adams, Suite 3000
Chicago, Illinois 60603
312-431-1455