UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CALVITA J. FREDERICK ET AL | ) | |
| | ) | 07 C 7044 |
| Plaintiffs, | ) | Honorable Judge Manning |
| | ) | Honorable Mag. Judge Valdez |
| v. | ) | |
| | ) | |
| SELECT PORTFOLIO SERVICING INC., | ) | |
| DLJ MORTGAGE CAPITAL, and | ) | Circuit Court of |
| PIERCE & ASSOCIATES | ) | |
| Defendants. | ) | Cook County, Illinois |
| | | Case No. 07 L 12507 |

**CERTIFICATE OF SERVICE**

    Please be advised that I, Michael J. Weik, certify that I served SELECT PORTFOLIO SERVICING INC AND DLJ MORTGAG CAPITALS' INITIAL RULE 26(a) (1) DISCLOSURES to all counsel of record by mailing a copy of same to the addresses set forth in the attached Service List by regular mail, postage prepaid, on May 28, 2008.

                                                                             s/Michael J. Weik

Michael J. Weik, *Of Counsel* ARDC #3125782
Smith & Weik LLC.
19 S. LaSalle Suite 2102
Chicago, IL  60603
312-895-4560

## SERVICE LIST.

Calvita J. Frederick
4753 S. Dorchester Ave.
Chicago, IL 60615

James V. Noonan
Mitchell A. Lieberman
Ruth Sosniak
Noonan & Lieberman Ltd.
105 W. Adams, Suite 3000
Chicago, IL 60603