1445-11

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| CALVITA J. FEDERICK, et al., | ) | |
| Plaintiff, | ) | No. 07 C 7044 |
| | ) | |
| v. | ) | Honorable Judge Manning |
| | ) | Honorable Mag. Judge Valdez |
| SELECT PORTFOLIO SERVICING, INC. | ) | |
| DLJ MORTGAGE CAPITAL, and | ) | Circuit Court of Cook County, Illinois |
| PIERCE & ASSOCIATES, | ) | Case No. 07 L 12507 |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:   See Attached Service List

Please take notice that on June 19, 2008 at 11:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Blanche M. Manning in Room 2125 of the United States District Court for the Northern District of Illinois, Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL 60604, and shall present the enclosed DEFENDANT, PIERCE & ASSOCIATES' MOTION TO DISMISS PLAINTIFF'S COMPLAINT.

/s/ James V. Noonan
Attorney for Defendant, Pierce & Associates

James V. Noonan #6200366
Mitchell A. Lieberman #6193234
Jonathan D. Nusgart #6122908
Katherine M. Donat #6289386
Ruth B. Sosniak #6204497
Noonan & Lieberman, Ltd.
105 W. Adams, Suite 3000
Chicago, Illinois 60603
312-431-1455

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that true and correct copies of the foregoing Notice of Motion was served by electronic filing with the clerk of the Court (ECF) on the following parties or their attorneys:

    Craig C. Smith
    Smith & Weik, LLC
    19 S. LaSalle St., Suite 601
    Chicago, IL  60603

    Michael J. Weik
    Smith & Weik, LLC
    19 S. LaSalle St., Suite 601
    Chicago, IL  60603

    Diana Athanasopoulos
    Pierce & Associates, P.C.
    One North Dearborn, Suite 1300
    Chicago, IL  60602

On June 3, 2008

    And by depositing a copy in the U.S. Mail with proper postage attached to:

    Calvita J. Sowell
    4753 S. Dorchester Ave.
    Chicago, IL 60615

On June 3, 2008.

    Respectfully submitted,

    /s/ James V. Noonan
    Attorney for Defendant, Pierce & Associates

James V. Noonan #6200366
Mitchell A. Lieberman #6193234
Jonathan D. Nusgart #6122908
Katherine M. Donat #6289386
Noonan & Lieberman, Ltd.
105 W. Adams, Suite 3000
Chicago, Illinois 60603
312-431-1455