## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Calvita J. Frederick, et al.

                                Plaintiff,

v.                                            Case No.: 1:07−cv−07044
                                                                Honorable Blanche M. Manning

Select Portfolio Servicing Inc., et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 19, 2008:

      MINUTE entry before the Honorable Maria Valdez: Magistrate Judge status hearing held on 6/19/08 and continued 8/20/08 at 9:30 a.m. Plaintiff shall provide to defendant the initial disclosure by 7/3/08. Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.