UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CALVITA J. FREDERICK ET AL | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 07 C 7044 |
| | ) | |
| SELECT PORTFOLIO SERVICING INC., | ) | Honorable Judge Manning |
| DLJ MORTGAGE CAPITAL, and | ) | Honorable Mag. Judge Valdez |
| PIERCE & ASSOCIATES, | ) | |
| | ) | Circuit Court of |
| Defendants. | ) | Cook County, Illinois |
| | | Case No. 07 L 12507 |

**AGREED MOTION TO MODIFY BRIEFING SCHEDULE
RE: PIERCE MOTION TO DISMISS AND FOR LEAVE TO FILE MOTIONS
FOR JUDGMENT ON PLEADINGS.**

Defendants DLJ Mortgage Capital Inc. ("DLJ") and Select Portfolio Servicing Inc. ("SPS"), through their attorneys, move this court for relief as follows:

1. Plaintiff brought a multi-count complaint seeking relief for violations of the Fair Housing Act, Civil Rights Act of 1866 and various state common law claims.

2. Defendants DLJ and SPS filed answers and pursuant to Rule 12 (b) those answers included various defenses such as failure to state a claim, statute of limitations and other affirmative matter.

3. Defendant Pierce appeared after DLJ and SPS had answered and filed a Motion to Dismiss based in part on same theories set forth in DLJ and SPS's answers. Pierce's Motion was noticed to be presented on June 19, 2008.

4. Counsel for DLJ and SPS advised counsel for Pierce that they may bring motions that would seek judgment based in part on the same defenses. Counsel for DLJ and SPS called Plaintiff to inform her as well. Counsel

1

        expected this would be presented to the court on June 19, 2008 at which time an agreed upon schedule would be entered.

5. However, on June 18, 2008, the day before the matter came before the court, an order was entered setting a schedule that did not provide for DLJ and SPS to file motions or for Plaintiff to respond to those motions. The schedule set provided only that Plaintiff must respond to Pierce's motion by July 10, 2008 and Pierce must reply by July 24, 2008. The court set the matter for status on August 19, 2008.

6. Plaintiff and counsel for all defendants spoke and discussed Pierce's motion, motions DLJ and SPS intended to file and an agreed schedule whereby DLJ and SPS would file their motions on or before July 7, 2008; Plaintiff would respond to all motions by July 31, 2008; Defendants would reply by August 14, 2008.

7. This agreement and schedule serves the interests of judicial economy and all parties by providing one schedule for briefs and motions to come before the court. The August 19, 2008 status date can remain.

    WHEREFORE, relief is requested as follows:

1. DLJ and SPS are given leave to file motions for judgment on the pleadings.

2. The briefing schedule set for Defendant Pierce's Motion to Dismiss be modified to allow Defendants' DLJ and SPS to file their motions on or before July 7, 2008; Plaintiff to respond to all motions by July 31,

2008; Defendants Pierce, DLJ and SPS to reply by August 14, 2008 and the status date of August 19, 2008 to remain.

RESPECTFULLY SUBMITTED,

_s/Michael J.Weik_____
One of the Attorneys for DLJ and SPS

Michael J. Weik #3125782
Craig C. Smith #6238126
Smith & Weik LLC
19 S. LaSalle Suite 601
Chicago, Illinois, 60603
312-443-9540