UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CALVITA J. FREDERICK ET AL | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 07 C 7044 |
| | ) | |
| SELECT PORTFOLIO SERVICING INC., | ) | Honorable Judge Manning |
| DLJ MORTGAGE CAPITAL, and | ) | Honorable Mag. Judge Valdez |
| PIERCE & ASSOCIATES, | ) | |
| | ) | Circuit Court of |
| Defendants. | ) | Cook County, Illinois |
| | | Case No. 07 L 12507 |

## NOTICE OF MOTION

TO:   Calvita Frederick                  James V. Noonan
      4753 South Dorchester Avenue       Mitchell A. Lieberman
      Chicago, Illinois 60615            105 W. Adams, Suite 3000
                                         Chicago, IL 60603

Please take notice that on June 26, 11:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Blanche M. Manning in Room 2125 of the United States District Court for the Northern District of Illinois, Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL 60604, and shall present the enclosed AGREED MOTION TO MODIFY BRIEFING SCHEDULE RE: PIERCE MOTION TO DISMISS AND FOR LEAVE TO FILE MOTIONS FOR JUDGMENT ON PLEADINGS.

                                         s/ Michael J. Weik
                                         One of the Attorneys
                                         For DLJ and SPS

Michael J. Weik,  #3125782
Smith Weik & Wutscher, Ltd.
19 S. LaSalle Street, Suite 601
Chicago, Illinois   60603
312-895-4560

## PROOF OF SERVICE

The undersigned certifies, deposes and says upon oath that on June 23, 2008 the undersigned served the above Notice, together with true and accurate copies of the above stated instruments upon the above named parties by electronic mail to Ms. Frederick and by the electronic filing system for the Northern District Court to counsel.

                                         s/ Michael J. Weik