**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Calvita J. Frederick, et al.
                              Plaintiff,

v.                                         Case No.: 1:07−cv−07044
                                           Honorable Blanche M. Manning

Select Portfolio Servicing Inc., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 26, 2008:

MINUTE entry before the Honorable Blanche M. Manning: Defendants' agreed motion to modify briefing schedule regarding Pierce Motion to dismiss [44] is granted. Motion to be filed by 7/7/2008. Response to be filed by 7/31/2008. Reply to be filed by 8/14/2008. Defendants' agreed motion for leave to file judgment on the pleading [44] is granted. Opening brief shall be served by 7/7/2008. Response shall be served by 7/31/2008. Reply shall be served by 8/14/2008. The fully briefed motion shall then be filed by 8/15/2008. The parties shall file consolidated briefs addressing common arguments to the extent possible, and may file supplemental individual briefs if necessary. Ruling by mail.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.