# EXHIBIT 1

# DEFENDANTS DLJ MORTGAGE CAPITAL AND SELECT PORTFOLIO SERVICING INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS

Case 1:07-cv-07044   Document 47-2   Filed 07/07/2008   Page 1 of 3

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - CHANCERY DIVISION

FAIRBANKS CAPITAL CORP., AS SERVICING
AGENT FOR DLJ MORTGAGE CAPITAL, INC.

  Plaintiff,

  -v.-

CALVITA J. FREDERICK, AMERICAN
NATIONAL BANK AND TRUST CO. OF
CHICAGO, AS TRUSTEE UNDER TRUST
AGREEMENT DATED 11-29-94 AND KNOWN
AS TRUST NO. 119056-01, KENWOOD
GATEWAY ASSOCIATION,-C/O MARCY
PURMAL, UNKNOWN OWNERS AND NON-
RECORD CLAIMANTS

  Defendant

03 CH 13634

## NOTICE OF SALE

PUBLIC NOTICE IS HEREBY GIVEN that pursuant to a Judgment of Foreclosure and Sale entered in the above cause on August 13, 2004, an agent of The Judicial Sales Corporation will at 10:30 AM on November 15, 2004, in its office located at 33 N. Dearborn Street, 10th Floor, CHICAGO, IL, 60602, sell at public auction to the highest bidder for cash, as set forth below, the following described real estate:

THE SOUTH 1/2 OF LOT 6 AND ALL OF LOT 7, IN KENWOOD GATEWAY, BEING A RESUBDIVISION IN THE EAST 1/2 OF THE NORTHEAST 1/4 OF SECTION 11, TOWNSHIP 38 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

Commonly known as 4753 SOUTH DORCHESTER AVENUE, CHICAGO, IL 60615

Property Index No. 20-11-206-078

The real estate is improved with a single family residence.

The judgment amount was $483,530.26.

Sale terms: **25% down of the highest bid by certified funds at the close of the auction**; the balance, in certified funds, is due within twenty-four (24) hours. The subject property is subject to general real estate taxes, special assessments, or special taxes levied against said real estate and is offered for sale without any representation as to quality or quantity of title and without recourse to Plaintiff and in "AS IS" condition. The sale is further subject to confirmation by the court.

Upon payment in full of the amount bid, the purchaser will receive a Certificate of Sale that will entitle the purchaser to a deed to the real estate after confirmation of the sale

Notice of Sale

The property will **NOT** be open for inspection and plaintiff makes no representation as to the condition of the property. Prospective bidders are admonished to check the court file to verify all information.

For information, contact Plaintiff's attorney: The sales clerk, SHAPIRO & KREISMAN, LLC, 4201 Lake Cook Road, NORTHBROOK, IL 60062, (847) 498-9990 between the hours of 1:00 p.m. and 3:00 p.m. only. Please refer to file number 03-0062D.

THE JUDICIAL SALES CORPORATION 33 North Dearborn Street - Suite 1015 Chicago, Illinois 60602-3100 (312) 236-SALE

SHAPIRO & KREISMAN, LLC  
4201 Lake Cook Road  
NORTHBROOK, IL 60062  
(847) 498-9990  
Attorney File No.: 03-0062D

Case # 03 CH 13634

Attorney Code. 91140

NOTE: Pursuant to the Fair Debt Collection Practices Act, you are advised that Plaintiff's attorney is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.