# EXHIBIT 3

# DEFENDANTS DLJ MORTGAGE CAPITAL AND SELECT PORTFOLIO SERVICING INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT, CHANCERY DIVISION

WASHINGTON MUTUAL, F.A. SUCCESSOR IN  )
INTEREST TO HOME SAVINGS OF AMERICA,  )
    Plaintiff                         )
                v                  ) 03 CH 13634
CALVITA J. FREDERICK, et. al          ) Cal 2
    Defendants.                       )

## ORDER

THIS CAUSE COMING TO BE HEARD on the Motion of Calvita J. Frederick to Stay the Judicial Sale set for November 15, 2004, due notice having been given; both sides Appearing + the Court hearing argument

and the Court being fully advised in the premises

IT IS HEREBY ORDERED: that the Sheriff's Sale set for Monday November 15, 2004 be + hereby is Stayed to Monday November 22. The motion is denied as to the Court ordering the Plaintiff to accept the lesser sum than the Judgment amount. This matter is Continued to Nov 19, 2004 at 9:45am  ENTER

                                               JUDGE

**ENTERED**
NOV 12 2004
JUDGE
RICHARD J. BILLIK - 1585

CALVITA J. FREDERICK
329 W. 18TH ST SUITE 400 BOX 22
CHICAGO, IL. 60616
312-421-5544
ATTY ID #: 52290