UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CALVITA J. FREDERICK ET AL | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 07 C 7044 |
| | ) | |
| SELECT PORTFOLIO SERVICING INC., | ) | Honorable Judge Manning |
| DLJ MORTGAGE CAPITAL, and | ) | Honorable Mag. Judge Valdez |
| PIERCE & ASSOCIATES, | ) | |
| | ) | Circuit Court of |
| Defendants. | ) | Cook County, Illinois |
| | | Case No. 07 L 12507 |

### NOTICE OF FILING

TO:  Calvita Frederick              James V. Noonan
     4753 South Dorchester Avenue   Mitchell A. Lieberman
     Chicago, Illinois 60615        105 W. Adams, Suite 3000
                                    Chicago, IL 60603

Please take notice that on July 7, 2008 I filed Defendants DLJ Mortgage Capital and Select Portfolio Servicing Inc.'s Motions for Judgment on the Pleadings, together with a copy of this notice.

s/ Michael J. Weik
One of the Attorneys
For DLJ and SPS

Michael J. Weik, #3125782
Smith Weik & Wutscher, Ltd.
19 S. LaSalle Street, Suite 601
Chicago, Illinois 60603
312-895-4560

### PROOF OF SERVICE

The undersigned certifies, deposes and says upon oath that on July 7, 2008 the undersigned served the above Notice, together with true and accurate copies of the above stated instruments upon the above named parties by electronic mail to Ms. Frederick and by the electronic filing system for the Northern District Court to counsel.

s/ Michael J. Weik