

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CALVITA J. FREDERICK, ET AL ) | |
| ) | 07C 7044 |
| Plaintiffs, ) | Honorable Judge Manning |
| ) | Honorable Mag Judge Valdez |
| vs. ) | |
| ) | |
| DLJ MORTGAGE CAPITAL, INC, SELECT ) | Circuit Court of Cook County, Illinois |
| PORTFOLIO SERVICING, INC., PIERCE AND ) | Case No. 07L12507 |
| ASSOCIATES, AND UNKNOWN DEFENDANTS ) | |
| Defendants. ) | FILED |
| | JUL 0 8 2008 TC |
| | Jul 3 2008 |
| | MICHAEL W. DOBBINS |
| | CLERK, U.S. DISTRICT COURT |

## PLAINTIFF CALVITA J. FREDERICK
## INITIAL RULE 26 (a)(1) DISCLOSURES

**COMES NOW THE PLAINTIFFS**, Calvita J. Frederick, et al through their counsel, and for their initial disclosures pursuant to Fed.R.Civ.P. 26(a)(1) states as follows:

A.
(i)PERSONS LIKELY TO HAVE DISCOVERABLE INFORMATION THAT ONE OR MORE PLAINTIFFS MAY USE TO SUPPORT IT'S CLAIM.S OR DEFENSES

1. Plaintiff Calvita J. Frederick

Calvita Frederick may have information relating to her loan, communications with Select Portfolio Servicing ("SPS") regarding her loan, communications with SPS's attorneys, including Pierce and Associates, foreclosure actions and amounts due at various times during which the loan

was serviced by SPS, efforts to pay off or otherwise satisfy the loan and injuries/damages suffered as a result of numerous violations.

## 2. Law Offices of Glenda J. Gray

Ms. Glenda J. Gray was attorney of record for matters related to foreclosure litigation and may have information related to foreclosure and related issues.

> Law Office of Glenda J. Gray
> 330 N. Wabash Ave Suite 2618
> Chicago, IL. 60611
> (312) 755-1010

### 3. OTHER INDIVIDUALS WHO HAVE YET TO BE IDENTIFIED

Plaintiffs have not had the opportunity to fully investigate and conduct discovery and other individuals with discoverable information that Plaintiffs may wish to use to support their claims or defenses may be identified. Plaintiffs reserve the right to name additional individuals.

### (ii) DOCUMENTS IN POSSESSION OF PLAINTIFF OR THEIR ATTORNEYS

Copies of all records related to Plaintiff's loan, foreclosure proceeding and related issues that Plaintiffs may use to support claims or defenses will be made available for review and copying.

### (iii) COMPUTATION OF DAMAGES

For multiple violations of the Fair Housing Act, Illinois Mortgage Foreclosure Law, Tortuous Interference with a Business Relationship and Intentional Infliction of Emotional Distress claims, Plaintiffs seek the following category of damages to be calculated as stated below:

1. The real estate in question free and clear of any claims or the value thereof, calculated based upon the appraised value at the appropriate time;

2. Compensatory damages based upon the mental, emotional, and psychological damages, embarrassment and deprivation of civil rights, calculated based upon a multiplier of actual damages;

3. Punitive damages calculated based upon 2% of Defendants' combined net worth;

4. Attorneys fees calculated based upon hours @ $200-$350.00 per hour.

### (iv) INSURANCE COVERAGE

Plaintiff is unaware of Defendant's Insurance coverage.

Respectfully submitted,

By: /s/ Frederick

Plaintiff's Attorney

Calvita J. Frederick-Sowell
ARDC # 06184001
4753 S. Dorchester Ave.
Chicago, Illinois 60615
(312) 421-5544

3

## CERTIFICATE OF SERVICE

I, Calvita J. Frederick, certify that I served the following

## PLAINTIFF CALVITA J. FREDERICK
## INITIAL RULE 26 (a)(1) DISCLOSURES

To all counsel of record by mailing same to the addresses set forth below by

regular mail, postage prepaid on July 3, 2008

PIERCE AND ASSOCIATES, PC.
Ruth Sosniak
Noonan and Lieberman
105 West Adams St. Suite 3000
Chicago, IL. 60603

DLJ MORTGAGE CAPITAL, INC.
and
SELECT PORTFOLIO SERVICING, INC.
Michael J Weil, Of Counsel
Smith & Weik, LLC.
19 S. LaSalle St. Suite 2102
Chicago, IL. 60603

_/s/ Frederick_

Calvita J. Frederick

Calvita J. Frederick-Sowell
ARDC # 06184001
4753 S. Dorchester Ave.
Chicago, Illinois 60615
(312) 421-5544

4