

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
JUL 3 0 2008 TC
JUL 30 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| CALVITA J. FREDERICK, ET AL ) | |
| ) | 07C 7044 |
| Plaintiffs, ) | Honorable Judge Manning |
| ) | Honorable Mag Judge Valdez |
| vs. ) | |
| ) | |
| DLJ MORTGAGE CAPITAL, INC, SELECT ) | Circuit Court of |
| PORTFOLIO SERVICING, INC., PIERCE ) | Cook County, Illinois |
| AND ASSOCIATES, AND UNKNOWN ) | Case No. 07 L 12507 |
| Defendants. ) | |

### AGREED
### MOTION TO EXTEND TIME TO FILE RESPONSE TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS AND MOTION TO DISMISS COMPLAINT AND TO RE-SET THE BRIEFING SCHEDULE

PLAINTIFFS, Calvita J. Frederick, et al, through their counsel, moves this court for relief as follows:

1. Plaintiffs have brought a multi-count complaint seeking relief for violations of the Fair Housing Act, Civil Rights Act of 1866 and various state claims.

2. Defendant Pierce and Associates ("Pierce") has filed a Motion to Dismiss Plaintiffs' Complaint, and Defendants DLJ Mortgage Capital Inc., ("DLJ") and Select Portfolio Servicing Inc. ("SPS") have filed a Motion for Judgment on the Pleadings.

3. By way of Docket entry on Thursday June 26, 2008, this Court set a briefing schedule whereby Plaintiffs' Response to said motion was due to be filed by July 31, 2008.

4. Plaintiffs are unable to complete their Response to said motions and timely file due to personal reasons and therefore seek a 14-day extension, to August 14, 2008 to file the Response.

5. Plaintiffs further request that the briefing schedule be extended to allow Defendants' Reply to be served by 8/28/08, the fully briefed motion to be filed by 08/29/08 and the status date of August 20 to be re-set.

6. Counsel has spoken with Counsel for DLJ and SPS and Pierce and they agree to the extension of time to file the Response and Reply.

Wherefore, Plaintiff Calvita J. Frederick respectfully request that the Court extend the time to file the Response and Reply, and re-set the Status date

Respectfully submitted,

By: _____
Plaintiffs' Attorney

Calvita J. Frederick-Sowell
ARDC # 06184001
4753 S. Dorchester Ave.
Chicago, Illinois 60615
(312) 421-5544

2