**FILED**
JUL 30 2008 TC
Jul 30 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CALVITA J. FREDERICK, ET AL ) | |
| ) | 07C 7044 |
| **Plaintiffs,** ) | Honorable Judge Manning |
| ) | Honorable Mag Judge Valdez |
| vs. ) | |
| ) | |
| DLJ MORTGAGE CAPITAL, INC, SELECT ) | Circuit Court of |
| PORTFOLIO SERVICING, INC., PIERCE ) | Cook County, Illinois |
| AND ASSOCIATES, AND UNKNOWN ) | Case No. 07 L 12507 |
| Defendants. ) | |

### NOTICE OF MOTION

To:   Michael J. Weik          Ruth Sosniak
      Smith & Weik             James V. Noonan
      10 S. LaSalle Street     Michael A. Lieberman
      Suite 3702               105 W. Adams, Suite 3000
      Chicago, IL. 60603       Chicago, IL. 60603

Please take notice that on August 5, 2008 at 11:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Blanch M. Manning in Room 2125 of the United States District Court for the Northern District of Illinois, Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL. 60604, and shall then present the enclosed **AGREED MOTION TO EXTEND TIME TO FILE RESPONSE TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS AND MOTION TO DISMISS COMPLAINT AND TO RE-SET THE BRIEFING SCHEDULE.**

_____
Plaintiff's Attorney

Calvita J. Frederick-Sowell
ARDC # 06184001
4753 S. Dorchester Ave.
Chicago, Illinois 60615
(312) 421-5544

### PROOF OF SERVICE

The undersigned certifies, deposes and says upon oath that on July 29, 2008 the undersigned served the above Notice, together with true and accurate copies of the above stated instruments upon the above named parties by electronic mail to Ruth Sosniak and Michael J. Weik.

_____

3