**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Calvita J. Frederick, et al.
                                       Plaintiff,

v.                                                    Case No.: 1:07−cv−07044
                                                        Honorable Blanche M. Manning

Select Portfolio Servicing Inc., et al.
                                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 4, 2008:

      MINUTE entry before the Honorable Blanche M. Manning: Defendants' agreed motion to extend time to file response [50] to defendants' motion for judgment on the pleadings [47] and motion to dismiss [40] and to reset briefing schedule is granted. Response to be served by 8/14/2008. Reply to be filed by 8/28/2008. Status hearing set to 8/19/2008 is hereby stricken. Additional dates, as necessary, will be set forth in the ruling on the motion to dismiss. Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.